MARY MULLIN, Respondent, *v.* ERNEST RIDDELL, Appellant.

JAMES MULLIN, Respondent, *v.* ERNEST RIDDELL, Appellant.

Argued April 13, 1939; decided May 16, 1939.

*Donald Gallagher* and *Oscar J. Brown* for appellant.

*Charles E. Hardies* and *Floyd J. Reinhart* for respondents.

In each action: judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.